DAWN M. ROSS (SBN 143028)
PHILIP J. TERRY (148144)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING INC., a California corporation, RICH BERNIER and JAY SUGHROUE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CH$_2$O, Inc., a Washington Corporation,<br><br>　　　　　　Defendant(s). | Case No. 11-0389<br><br>**STIPULATION & ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR DECLARATY RELIEF AND UNFAIR COMPETITION**<br><br>DATE:　　April 21, 2011<br>TIME:　　11:00 a.m.<br>DEPT:　　COURT ROOM #4<br>JUDGE:　HON. LAUREL BEELER<br><br>**Jury Trial Requested** |

　　　　Plaintiffs, MERAS ENGINEERING, INC., RICH BERNIER, and JAY SUGHROUE, and Defendant CH$_2$O, Inc., through their attorneys of record, hereby enter into this Stipulation to continue the hearing on Defendant's Motion to Dismiss Complaint for Declaratory Relief and Unfair Competition from April 21, 2011, to the first available hearing date thereafter. Pursuant to Local Rule 7-7(d), the briefing schedule will be in accordance with the new hearing date.

Dated: March 25, 2011　　　　　　　　　　　　　　　CARLE, MACKIE, POWER & ROSS LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Dawn M. Ross
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dawn M. Ross
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

///

///

CARLE, MACKIE,
POWER & ROSS LLP

1

STIPULATION TO CONTINUE HEARING

1 | Dated: March 25, 2011                          SMITH LILLIS PITHA LLP

By: _____
James Smith
Attorneys for Defendant

IT IS ORDERED THAT the hearing on Defendant's Motion to Dismiss Plaintiff's Complaint for Declaratory Relief and Unfair Competition is continued to May 5, 2011 _____, at 11:00 a.m. in Courtroom 4. The briefing schedule will be in accordance with the continued hearing date pursuant to Civ. L.R. 7-7(d).

Dated: March 31, 2011

Hon. Laurel Beeler
United States District Court Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler

CARLE, MACKIE,
POWER & ROSS LLP

2                                                              STIPULATION TO CONTINUE HEARING