PETER T. PETRICH (WSB # 8316)
*Pro Hac Vice*
DAVIES PEARSON, P.C.
920 Fawcett—P.O. Box 1657
Tacoma, WA 98401
Telephone: (253) 620-1500
Facsimile: (253) 572-3052
ppetrich@dpearson.com

JAMES SMITH (Cal. Bar #190050)
*Local Counsel*
SMITH LILLIS PITHA, LLP
400 Montgomery Street, Suite 501
San Francisco, CA 94101
(415) 814-0404
Fax: (415) 217-7011
jsmith@slplawfirm.com

Attorneys for Defendant $CH_2O$, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING INC., a California corporation, RICH BERNIER and JAY SUGHROUE,<br><br>Plaintiffs,<br>v.<br>$CH_2O$, Inc., a Washington Corporation<br><br>Defendants. | Case No. 11-0389, LB<br><br>DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DISMISSAL |

DEFENDANT'S SUPPLEMENTAL BRIEF IN
SUPPORT OF MOTION FOR DISMISSAL
11-0389, LB
Page 1 of 4
rml / s:\0xxxx\087xx\08757\26\pleadings\us dist. ct. california pleadings\mtd--
supplemental brief.docm

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

**ORIGINAL**

COMES NOW Defendant CH$_2$O, Inc., by and through its attorneys, PETER T. PETRICH and DAVIES PEARSON, P.C., *pro hac vice*, and pursuant to the Court's order of April 28, 2011, submits the following supplemental brief addressing the implications of Judge Bryan's April 18, 2011 order in *CH$_2$O, Inc. v. Bernier and Sughroue*, C11-5153 RJB

## I. ARGUMENT

a. <u>There are ample grounds to support Defendant CH2O, Inc.'s motion for dismissal in the present action</u>:

The arguments set forth in Defendant CH$_2$O, Inc.'s motion for dismissal provide ample grounds for this Court's dismissal of Plaintiffs' action for declaratory judgment. Plaintiffs engaged in improper forum shopping and filed an anticipatory suit in California in a blatant attempt to avoid the terms of employment agreements that they knowingly and voluntarily entered into. These arguments supported dismissal of the present matter even before Judge Bryan ruled in the Washington District Court matter. The fact that Judge Bryan has now ruled that Washington is the proper forum for the matters at issue between these parties only strengthens the argument for this court to exercise its discretion and dismiss the California suit.

DEFENDANT'S SUPPLEMENTAL BRIEF IN
SUPPORT OF MOTION FOR DISMISSAL
11-0389, LB
Page 2 of 4
rml / s:\0xxxx\087xx\08757\26\pleadings\us dist. ct. california pleadings\mtd--supplemental brief.docm

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

b.  Judge Bryan's ruling in the Washington U.S. District Court action supports Defendant CH2O, Inc.'s motion for dismissal in the present action:

Judge Bryan expressly denied Bernier's and Sughroue's motion to dismiss, stay or transfer the Washington matter (except as to the dismissal of Sandra Bernier), on the basis that the parties entered into a valid choice of forum agreement agreeing that any action would be brought in Washington. As Judge Bryan discussed in detail, this forum selection clause is valid under both Washington and California law. The "first to file", which is discretionary, does not apply in matters where there is a valid forum selection clause. Judge Bryan also discussed in detail why transfer of the Washington action to the Northern District of California is not appropriate, and that all issues can be dealt with in the Washington action. Since this decision has now been entered, and jurisdiction for the declaratory judgment action in California is discretionary, there is no reason that the California action should not be dismissed.

Mr. Bernier and Mr. Sughroue have requested that Judge Bryan reconsider his ruling in the Washington matter and have also requested him to certify the matter to the 9th Circuit Court of Appeals. Thus Mrssrs. Bernier and Sughroue are already actively participating in the Washington action and demonstrate no prejudice by having to litigate in the forum they agreed to in the employment agreements. Continuing the present, duplicative action in California is unnecessary and unwarranted.

DEFENDANT'S SUPPLEMENTAL BRIEF IN
SUPPORT OF MOTION FOR DISMISSAL
11-0389, LB
Page 3 of 4

rml / s:\0xxxx\087xx\08757\26\pleadings\us dist. ct. california pleadings\mtd--supplemental brief.docm

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

For the reasons set forth above, $CH_2O$, Inc. again respectfully requests that this Court dismiss the present action. This Court should exercise its broad discretion and dismiss the declaratory action; allowing it to continue would permit Mr. Bernier and Mr. Sughroue to engage in forum shopping and result in piecemeal litigation.

DATED this 11th day of May, 2011.

DAVIES PEARSON, P.C.

_____
PETER T. PETRICH, WSB #8316
*Pro Hac Vice*
Attorneys for Defendant

DEFENDANT'S SUPPLEMENTAL BRIEF IN
SUPPORT OF MOTION FOR DISMISSAL
11-0389, LB
Page 4 of 4
rml / s:\0xxxx\087xx\08757\26\pleadings\us dist. ct. california pleadings\mtd--supplemental brief.docm

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052