1  DAWN M. ROSS (SBN 143028)
   KIMBERLY CORCORAN (SBN 148229)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, California 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERAS ENGINEERING, INC., a California corporation, RICH BERNIER and JAY SUGHROUE,

Plaintiffs,

v.

$CH_2O$, Inc., a Washington corporation,

Defendant(s).

CASE NO. C 11-00389 LB

**STIPULATION & ORDER REGARDING TEMPORARY STAY OF ACTION**

This Stipulation is with regard to Case number C 11-00389 LB, pending in the USDC, Northern District of California [herein "California action"] and related Case number 3:11-cv-05153-RJB, pending in the USDC, Western District of Washington [herein "Washington action"].

On June 16, 2011, the Washington action was stayed by the court pending the outcome of mediation, and a decision by the Ninth Circuit Court of Appeal on a Petition for Writ of Mandamus being filed by Plaintiffs herein challenging the Washington court's ruling on Plaintiff's Motion to Stay, Dismiss and/or Transfer the Washington case to California. [WA Dkt. 30.] The parties have agreed that in order to conserve judicial resources and the resources of the parties, it would be beneficial to stay the California action as well.

Therefore, in the above-captioned case, Plaintiffs MERAS ENGINEERING INC., a

California corporation, RICH BERNIER and JAY SUGHROUE and Defendant $CH_2O$, Inc., a Washington corporation, by and through their respective attorneys, hereby stipulate:

The parties agree to stay this action until proceedings in the Ninth Circuit are concluded, or until the case is resolved pursuant to the court ordered mediation scheduled for July 19, 2011.

It is so stipulated.

Dated: July 11, 2011        CARLE, MACKIE, POWER & ROSS LLP

By: *Dawn M Ross*
Dawn M. Ross
Attorneys for Meras Engineering, Inc.,
Bernier and Sughroue

Dated: July 11, 2011        DAVIES PEARSON

By: *[signature]*
Peter Petrich
Attorneys for $CH_2O$, Inc.

Pursuant to the above Stipulation, it is hereby **ORDERED** that, other than the order to mediate (CA Dkt.24) this case is **STAYED** until proceedings in the Ninth Circuit are concluded, or until the case is resolved. Not later than ten days after proceedings in the Ninth Circuit are concluded, or following resolution of the case, the parties are **ORDERED** to inform the court of the status of the case and/or to provide a proposed order of dismissal.

Dated: July 12, 2011

Laurel Beeler
United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler

Stipulation Regarding Stay (July 2011)    C 11-00389 LB