UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

MERAS ENGINEERING, et al.,
    Plaintiffs,

No. C 11-0389 LB

v.

**ORDER RE: ATTENDANCE**

CH20, et al.,
    Defendants.

Date: July 19, 2011
Mediator: Scott Emblidge

    IT IS HEREBY ORDERED that the requests to excuse defendant CH20's president Tony McNamara, owner Carl Iverson, and primary counsel Peter Petrich from appearing in person at the July 19, 2011, mediation before Scott Emblidge are DENIED. The court finds that defendants have not made adequate showing that their being required to appear in person will cause them 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d).

    IT IS SO ORDERED.

Dated: July 12, 2011

By: _____
Elizabeth D. Laporte
United States Magistrate Judge