UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

MERAS ENGINEERING, et al.,
    Plaintiffs,

v.

CH20, et al.,
    Defendants.
_____/

No. C 11-0389 LB

**ORDER RE: ATTENDANCE**

Date:     July 19, 2011
Mediator: Scott Emblidge

IT IS HEREBY ORDERED that the request to excuse defendant CH20's president Tony McNamara and primary counsel Peter Petrich from appearing in person at the July 19, 2011, mediation before Scott Emblidge is GRANTED. CH20's owner Carl Iverson and local counsel James Smith shall appear in person at the mediation on behalf of CH20, and Mr. McNamara and Mr. Petrich shall be available to participate in the mediation at all times by telephone, in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

_July 15, 2011_    By:    _[signature]_
Dated                                     Elizabeth D. Laporte
                                             United States Magistrate Judge