DAWN M. ROSS (SBN 143028)
KIMBERLY CORCORAN (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING INC., a California corporation, RICH BERNIER and JAY SUGHROUE, <br><br> Plaintiffs, <br><br> v. <br><br> CH$_2$O, Inc., a Washington Corporation, <br><br> Defendant. | CASE NO. C 3:11-00389 LB <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **Date:** **August 2, 2012** <br> **Time:** **11:00 a.m.** <br> **Ctrm:** **C – 15 Floor** <br> **Judge:** **Hon. Laurel Beeler** <br><br> **Jury Trial Requested** |

The hearing on Plaintiffs' Motion for Partial Summary Judgment came on for hearing in Courtroom C – 15th Floor of the above-entitled Court at 11:00 a.m. on Thursday, August 2, 2012, the Honorable Laurel Beeler, presiding. Carle, Mackie, Power & Ross appeared for Plaintiffs Meras Engineering, Inc, Rich Bernier and Jay Sughroue and Rebecca Larson appeared for Defendant CH$_2$O.

The court heard oral argument of all parties and, after such argument, and after a review of the motion, opposition and reply papers in this matter, finds good cause to GRANT the motion. Judgment is hereby ordered in Plaintiffs' favor on the first and second causes of action in the Second Amended Complaint.

It is so ordered.

August ____, 2012                    _____
                                      Magistrate Judge Laurel Beeler

**CARLE, MACKIE,**
**POWER & ROSS** LLP