DAWN M. ROSS (SBN 143028)
KIMBERLY CORCORAN (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs, MERAS ENGINEERING, INC.
BERNIER, SUGHROUE and WALROD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING, INC., a California corporation, RICH BERNIER and JAY SUGHROUE,<br><br>Plaintiffs,<br><br>v.<br><br>CH$_2$O, Inc., a Washington Corporation,<br><br>Defendant. | **CASE NO. C 11-00389 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES TO FILE AND SERVE OPPOSITION AND REPLY PAPERS re: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| MERAS ENGINEERING, INC., a California corporation, and CHAD WALROD,<br><br>Plaintiffs,<br><br>v.<br><br>CH$_2$O, Inc., a Washington Corporation,<br><br>Defendant. | **CASE NO. C 12-2738 EMC** |

I.

**STIPULATION**

This stipulation and order is with regard to the Bernier/Sughroue action, case number 11-00389. Plaintiffs in that action filed a motion for partial summary judgment on June 22, 2012. Pursuant to the Local Rules of the Northern District of California, Defendant's opposition was due 14 days later, on July 6, 2012. ND Cal. LR 7-3. Plaintiffs' reply memorandum would have been due seven days later. *Id.*

However, eight days before the opposition was due, the court in which the matter was then-set vacated the motion hearing date. This was by minute order dated June 28, 2012. [ECF number 55, case number 11-00389]. As a result, no opposition or reply papers have been filed to the motion.

After the transfer of the case to this court, the motion has been reset for hearing on October 26, 2012. In order to resolve the ambiguity of filing dates for the opposition and reply memoranda, the parties therefore agree on the following schedule for the filing of such papers. This schedule will allow 21 days between the filing of the reply papers and the hearing date for the motion.

<u>Opposition</u>:  Defendant will file opposition papers on or before September 21, 2012; and

<u>Reply</u>:  Plaintiffs will file reply papers on or before October 5, 2012.

IT IS SO STIPULATED.

Dated:  September 5, 2012                    CARLE, MACKIE, POWER & ROSS LLP

By:    s/Kimberly Corcoran
KIMBERLY CORCORAN
Attorneys for Plaintiffs

Dated:  September 5, 2012                    DAVIES PEARSON, P.C

By:    s/Rebecca M. Larson
REBECCA M. LARSON
Appearance *Pro Hac Vice*
Attorneys for Defendant $CH_2O$, Inc.

II.

**ORDER**

The court has reviewed the stipulation of the parties as well as the files and records in this action. After such review, and good cause appearing therefor, the agreed-to briefing schedule is herein the order of this court. Defendant shall file its papers in opposition to plaintiffs' partial

1  motion for summary judgment no later than September 21, 2012 and plaintiffs shall file their
2  reply papers in support of the motion no later than October 5, 2012.
3      It is so ordered.



HONORABLE EDWARD M. CHEN
JUDGE OF THE FEDERAL COURT