1  DAWN M. ROSS (SBN 143028)
   KIMBERLY CORCORAN (SBN 148229)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, California 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  Attorneys for Plaintiffs, MERAS ENGINEERING, INC.
   BERNIER, SUGHROUE and WALROD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAS ENGINEERING, INC., a California corporation, RICH BERNIER and JAY SUGHROUE,<br><br>Plaintiffs,<br><br>v.<br><br>CH$_2$O, Inc., a Washington Corporation,<br><br>Defendant. | **CASE NO. C 11-00389 EMC**<br><br>**(1) STIPULATION REGARDING TRIAL OF BOTH CASES ON SAME TRIAL DATE; and (2) ORDER THEREON** |
| MERAS ENGINEERING, INC., a California corporation, and CHAD WALROD,<br><br>Plaintiffs,<br><br>v.<br><br>CH$_2$O, Inc., a Washington Corporation,<br><br>Defendant. | **CASE NO. C 12-2738 EMC**<br><br>*JURY TRIALS REQUESTED* |

**STIPULATION**

The two above-referenced cases are both pending before the same court and involve many of the same issues. The Court has set the jury trial of case C 11-00389 for July 29, 2013 and continuing thereon as per the Court's Case Management and Pretrial order for Jury Trial (docket 77).

Per the court's suggestion at the recent Case Management Conference on these two cases, the parties have meet and conferred and agree that the two above-referenced cases may be tried

at the same time.  Therefore, case C 12-02738 (involving plaintiff Walrod) will begin jury trial on July 29, 2013 along with case C 11-00389 (involving plaintiffs Bernier and Sughroue).

IT IS SO STIPULATED.

Dated:  September 24, 2012　　　　　　　CARLE, MACKIE, POWER & ROSS LLP

By:　s/Kimberly Corcoran
　　　KIMBERLY CORCORAN
　　　Attorneys for Plaintiffs

Dated:  September 24, 2012　　　　　　　DAVIES PEARSON, P.C

By:　s/Rebecca M. Larson
　　　REBECCA M. LARSON
　　　Appearance *Pro Hac Vice*
　　　Attorneys for Defendant $CH_2O$, Inc.

## II.

## **ORDER**

The court has reviewed the stipulation of the parties as well as the files and records in this action.  After such review, and good cause appearing therefor;

**IT IS SO ORDERED** that July 29, 2013, is the trial date for both of the above-referenced related cases (C 11-00389 EMC and C 12-2738 EMC); the cases will be tried together.

_____
HONORABLE EDWARD M. CHEN
JUDGE, U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen