1  DAWN M. ROSS (SBN 143028)
   KIMBERLY CORCORAN (SBN 148229)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, California 95401
   Telephone:  (707) 526-4200
4  Facsimile:  (707) 526-4707

5  Attorneys for Plaintiffs, MERAS ENGINEERING, INC.
   BERNIER, SUGHROUE and WALROD

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | MERAS ENGINEERING, INC., a California    | **CASE NO. C 11-00389 EMC**
   | corporation, RICH BERNIER and JAY        |
11 | SUGHROUE,                                |
   |                                          | **(1)  STIPULATION REGARDING TRIAL**
12 |                    Plaintiffs,           | **OF BOTH CASES ON SAME TRIAL**
   |                                          | **DATE; and (2) ORDER THEREON**
13 |        v.                                |
   |                                          |
14 | CH₂O, Inc., a Washington Corporation,    |
   |                                          |
15 |                    Defendant.            |

16 | MERAS ENGINEERING, INC., a California    | **CASE NO. C 12-2738 EMC**
17 | corporation, and CHAD WALROD,            |
   |                                          |
18 |                    Plaintiffs,           |
   |                                          |
19 |        v.                                | *JURY TRIALS REQUESTED*
   |                                          |
20 | CH₂O, Inc., a Washington Corporation,    |
   |                                          |
21 |                    Defendant.            |

22                           **STIPULATION**

23       The two above-referenced cases are both pending before the same court and involve

24 many of the same issues.  The Court has set the jury trial of case C 11-00389 for July 29, 2013

25 and continuing thereon as per the Court's Case Management and Pretrial order for Jury Trial

26 (docket 77).

27       Per the court's suggestion at the recent Case Management Conference on these two cases,

28 the parties have meet and conferred and agree that the two above-referenced cases may be tried

**(1) STIPULATION REGARDING TRIAL OF BOTH CASES ON SAME TRIAL DATE and (2) ORDER**

1  at the same time.  Therefore, case C 12-02738 (involving plaintiff Walrod) will begin jury trial

2  on July 29, 2013 along with case C 11-00389 (involving plaintiffs Bernier and Sughroue).

3  IT IS SO STIPULATED.

4  Dated:  September 24, 2012                    CARLE, MACKIE, POWER & ROSS LLP

5

6  By:___s/Kimberly Corcoran_____
                                                            KIMBERLY CORCORAN
                                                            Attorneys for Plaintiffs

7

8  Dated:  September 24, 2012                    DAVIES PEARSON, P.C

9

10  By:___s/Rebecca M. Larson_____
                                                            REBECCA M. LARSON
                                                            Appearance *Pro Hac Vice*
                                                            Attorneys for Defendant $CH_2O$, Inc.

11

12

13                                          **II.**

14                                       <u>**ORDER**</u>

15         The court has reviewed the stipulation of the parties as well as the files and records in this

16  action.  After such review, and good cause appearing therefor;

17         **IT IS SO ORDERED** that July 29, 2013, is the trial date for both of the above-

18  referenced related cases (C 11-00389 EMC and C 12-2738 EMC); the cases will be tried

19  together.

20

21  _____
    HONORABLE _____
    JUDGE _____

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen

**(1) STIPULATION REGARDING TRIAL OF BOTH CASES ON SAME TRIAL DATE and (2) ORDER**